# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1466

_____

DWAYNE T. ROBINSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

November 22, 2024

PER CURIAM.

The Court dismisses the petition for writ of certiorari as untimely.

LEWIS, RAY, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dwayne T. Robinson, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.